Irving A. Mendelsohn, Respondent, v. Herman D. Mendelsohn, Doing Business under the Name of H. D. Mendelsohn Co., Appellant, and Louis Lazarus, Impleaded Defendant.— Order unanimously reversed, with $20 costs and disbursements, and the motion to dismiss the complaint granted. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

Murray M. Brodsky v. Broser Bros., Inc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See ante, p. 815.]

In the Matter of the Application of U. S. Vitamin Corporation to stay the Arbitration of a Controversy Demanded by Harry E. Dubin.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 833.]

Vincent Calise, an Infant, by Ralph Calise, His Guardian ad Litem, et al. v. Revere Realty Corporation et al. (Action No. 1.) Vincent Calise, an Infant, by Ralph Calise, His Guardian ad Litem v. Revere Realty Corporation et al. (Action No. 2.) Motions for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See ante, p. 767.]

Elias Schlank v. East River Savings Bank and Mollie Weingarten et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 834.]

Edward Dolcimascola v. P. J. Carlin Construction Co. et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Martin, P. J., Dore, Cohn and Callahan, JJ. [See ante, p. 826.]

Dorothy Clarke, as Administratrix of the Estate of George P. Clarke, Deceased, v. City of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See ante, p. 821.]

Louisa N. Kirk v. Walter R. Kirk.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 830.]

Dora Grossman v. Isaac Grossman.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 840.]

Frank Costello and United States of America v. Maurice Simmons, Individually and as Property Clerk of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals granted; question certified. Motion for reargument denied. Present — Martin, P. J., Dore, Cohn and Callahan, JJ. [See ante, p. 823.]

Alfred A. Haase et al., v. Title Guarantee and Trust Company, as Trustee under an Indenture of Trust made by Alfred A. Haase for the benefit of May E. Haase.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 319.]

Stanley Clarke, as Trustee of Associated Gas and Electric Company, Debtor, et al. v. Sophia Mayer et al.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See ante, p. 829.]

Stanley Clarke, as Trustee of Associated Gas and Electric Company,